RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

MEGAN ANDERSON, ISB #10094
GADER WREN, ISB #12108
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
megan.anderson@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Defendant Debbie Critchfield*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS and NICOLE TRAKEL, on their own behalf and on behalf of their minor children, A.T. and D.T., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, in her official capacity as Superintendent of Public Instruction; IDAHO HOME LEARNING ACADEMY, an Idaho public charter school, <br><br> *Defendants.* | Case No. 1:25-cv-00115-BLW <br><br> **DEFENDANT DEBBIE CRITCHFIELD'S MOTION TO DISMISS UNDER RULE 12(b)(1) AND 12(b)(6)** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Debbie Critchfield, by and through counsel of record, moves to dismiss this action with prejudice for lack of subject matter jurisdiction and failure to state a claim.

This Motion is supported by Defendant Debbie Critchfield's Memorandum in Support of Motion to Dismiss, including the attached declaration, filed contemporaneously herewith.

DATED: May 12, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        */s/ Megan Anderson*
        MEGAN ANDERSON
        Deputy Attorney General

        *Attorney for Defendant Debbie Critchfield*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on May 12, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused the following parties to be notified:

Katherine I. Hartley
khartley@pji.org

*Attorney for Plaintiffs*

/s/ *Megan Anderson*
MEGAN ANDERSON