RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

MEGAN ANDERSON, ISB #10094
GADER WREN, ISB #12108
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
megan.anderson@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Defendant Debbie Critchfield*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS and NICOLE TRAKEL, on their own behalf and on behalf of their minor children, A.T. and D.T., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBBIE CRITCHFIELD, in her official capacity as Superintendent of Public Instruction; IDAHO HOME LEARNING ACADEMY, an Idaho public charter school, <br><br> *Defendants.* | Case No. 1:25-cv-00115-BLW <br><br> **DECLARATION OF DEBBIE CRITCHFIELD IN SUPPORT OF HER MOTION TO DISMISS** |

I, Debbie Critchfield, hereby declare as follows:

1. I am over the age of eighteen and submit this declaration based on my personal knowledge and experience.

2. I am the Idaho Superintendent of Public Instruction and have oversight and responsibility for the Idaho State Department of Education ("the Department"). I am an elected officer of the state of Idaho and have held this position since I was sworn in on January 2, 2023.

3. The Department exercises minimal direct oversight over charter schools, because they are governed by independent boards and overseen by an "authorizer" pursuant to Idaho Code § 33-5205B. The Idaho Public Charter School Commission ("the Commission") is the authorizer for a majority of the charter schools and local districts authorize the rest. The Commission is created under the Idaho State Board of Education. The charter school's "authorizer" has authority to monitor the charter school's performance and legal compliance. The Idaho Home Learning Academy's ("IHLA") authorizer is the Oneida School District.

4. Additionally, the Department does not have a policy governing the reimbursement of parents for curriculum purchases, as the charter school model that IHLA has developed is the only one of its kind in Idaho.

5. Furthermore, as Superintendent of Public Instruction, I do not have the authority to unilaterally impose a state-wide policy for reimbursement of curriculum purchases.

6. Finally, neither myself nor the Department advised IHLA on its reimbursement policy, the application of the policy to religious materials, or the application of Article IX Section 5 of the Idaho Constitution.

7. Attached hereto as Exhibit 1 is a true and correct copy of the IHLA 2024-25 Student Handbook obtained from their public website. "IHLA Student Handbook 2024-25," Idaho Home Learning Academy, https://sites.google.com/malad.us/ihla/k-8-handbook-2024-2025, accessed May 6, 2025.

DATED: May 12, 2025

                                                                            */s/ Debbie Critchfield*
                                                                            DEBBIE CRITCHFIELD
                                                                            Superintendent of Public Instruction

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on May 12, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused the following parties to be notified:

Katherine I. Hartley
khartley@pji.org

*Attorney for Plaintiffs*

/s/ *Megan Anderson*
MEGAN ANDERSON

DECLARATION OF DEBBIE CRITCHFIELD IN SUPPORT OF HER MOTION TO DISMISS—3