# Exhibit 1



# K - 8 Student and Parent Handbook 2024-2025

## Mission Statement

*The Idaho Home Learning Academy will provide a rigorous, engaging, and individualized virtual education preparing students for success in the 21st century through innovative practices and strong partnerships.*

## Purpose Statement

*To maximize learning potential anytime/anywhere through the use of real-world and virtual learning experiences.*

IHLA Website

# Idaho Home Learning Academy
## Oneida School District #351
195 S 300 E
Malad City, ID 83252
(208) 534-6080

### Hours
Monday – Thursday
7:30 am – 4:30 pm

### IHLAl Board of Directors

| | |
|---|---|
| Brent Evanson | Board Chair |
| Irene Alder | Board Vice-Chair |
| Amber Curtis | Board Member |
| Jill Keetch | Board Member |
| Jon Abrams | Board Member |

### Administration

| | |
|---|---|
| Superintendent: | Mr. Jon Abrams |
| Executive Director: | Dr. Terri Sorensen |
| Principal: | Megan Price |
| Assistant Principal: | Jeanie Reeder |
| Assistant Principal: | Kendra Lanier |
| Assistant Principal: | Hailey Sweeten |
| Assistant Principal: | Kristin Skinner |
| Business Manager: | Brandi Warren |
| Human Resources: | Linda Sullivan |
| Payroll: | Anna Rupp |
| Office Assistant: | Shannon Cowdin |
| Administrative Assistant: | Caprice Payne |
| State Reporting: | |
| Registrar: | Shannon Barnes |
| Learning Coordinator: | Brook Williams |
| Student Information Manager: | Elise Reel |
| Student Record Clerk: | Lisa Henry |
| Technology: | Christy Jenkins |
| Counselors: | Morgan Dean, Bridget Barrus |

2

## *Table of Contents*

*Principal Welcome*                                                      **4**

*Calendar*                                                              **5**

*Overview*                                                              **6**

*Enrollment Process*                                                     **7**

*Curriculum*                                                            **12**

*Learning Supports*                                                     **17**

*Academic Policies*                                                     **20**

## Principal Welcome

Dear IHLA Parents and Students,

Welcome to Idaho Home Learning Academy (IHLA). IHLA is a virtual public charter school within Oneida School District #351. I am excited to welcome new and returning students to our innovative, virtual school experience for the 2024-2025 school year. At IHLA, we believe that effective partnerships between all educational stakeholders are essential to the success of our students. We invite you to communicate closely with us as we progress through the school year. This handbook outlines the expectations and guidelines for our program. Please read the handbook carefully and review it with your student.

IHLA has many resources to support students and parents through their educational journey. Our highly qualified Idaho certified teachers, administrators, counselors, interventionists, and dedicated staff are excited to work with your students. We also provide IHLA parents, students, and teachers access to expert content and support specialists. Our Student Success Team (SST) is available for students needing additional support. We can provide parents and students with numerous state-funded learning resources.

Our goal is to work together as a team to provide students an opportunity to learn through curiosity, exploration, and project-based activities supported by innovative technology integration. The strength of IHLA is the collaborative relationship between parents, educational partners, and faculty. By working together, we can prepare students to be contributing members of a global society.

IHLA will adhere to the following core values and beliefs:
1. Student-Centered Focus
2. High Expectations for All
3. Respect for All
4. Safe, Positive, and Nurturing Learning Environment
5. Equity for All
6. Well-Trained, Highly Qualified, Professional Staff
7. High Character and Integrity
8. Caring, Compassionate, and Courteous
9. Openness and Transparency

You are encouraged to be involved in the educational process. We look forward to working with you throughout the school year. Please reach out to me at any time with success stories, input for improvement, or questions.

Sincerely,

Megan Price
Principal

4

## *Calendar*

# 2024-2025 IHLA CALENDAR

**5-16** – Teacher PD Days
**12** – Last day to Enroll in IHLA
**19** – First Day of School

### AUGUST 2024

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### SEPTEMBER 2024

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 1 | X | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**2** – Labor Day

**4** – Teacher PD Day
**14** – Columbus Day
**14-18** Fall Break
**31** – Halloween

### OCTOBER 2024

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | (4) | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | X | X | X | X | X | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### NOVEMBER 2024

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | (15) | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | X | X | X | X | X | 30 |

**11** – Veterans's Day
**15** – Teacher PD Day
**28** – Thanksgiving
**25-29** – Thanksgiving Break

**23 - 3** – Christmas Break
**25** – Christmas Day

### DECEMBER 2024

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | X | X | X | X | X | 28 |
| 29 | X | X | | | | |

### JANUARY 2025

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | X | X | X | 4 |
| 5 | 6 | 7 | 8 | 9 | X | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | X | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**1** – New Years Day
**9** – End of 1st Sem
**10** – Teacher Grade day
**13** – Beg of 2nd Sem
**20** – MLK Day

**7** – Teacher PD Day
**17** – Presidents Day
**17- 21** – Winter Break

### FEBRUARY 2025

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | (7) | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | X | X | X | X | X | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

### MARCH 2025

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | X | X | X | X | X | 29 |
| 30 | 31 | | | | | |

**24 – 28** – Spring Break

**20** - Easter

### APRIL 2025

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### MAY 2025

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | X | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**22** – Last day of school
**23** – Teacher Grade day
**26** – Memorial Day
**27** Teacher PD Day
**28** Teacher PD Day



**X** = No School for Students
= School Days
= No School for Students
= Important Dates
= Teacher PD Days
◯ = Teacher PD Day on a School Day

5

## Overview

The Idaho Home Learning Academy is a K –12 virtual school within the Oneida School District. The Idaho Home Learning Academy is a charter school. It is a virtual school format within Oneida School District that serves students through an online curriculum and virtual technologies across the state of Idaho. We currently work with several different virtual education partners. They offer and coordinate curriculum/program options, assist in tracking student learning, serve as the parent/student liaison, and handle recruiting efforts. Partners also manage and/or monitor the educational funding that may be spent on supplemental learning resources to support Idaho State Content Standards. Idaho-certified teachers, educational partners, support staff, and parents work together to strengthen student learning.

Goals:
1. We will strive to provide a high-quality, rigorous academic experience that is standards-based, individualized, addresses the whole child, and meets or exceeds all accountability standards.
2. We will strive to provide a safe, positive, and nurturing environment for our students.
3. We will endeavor to provide teaching and learning resources necessary for the success of our students.
4. We will work diligently to prepare students for success and leadership in his/her chosen path according to his/her own unique talents and interests.
5. We will provide a professional, accountable, and highly qualified staff, which is committed to working collaboratively with all stakeholders in order to provide an exceptional educational experience.

Parents whose students have participated in IHLA have reported high levels of satisfaction with IHLA's combination of direct parental involvement, quality curriculum, and professional teacher support. We believe that by having the family and school work together to focus on student learning, we have a great opportunity for success. We see a great future for this model of schooling.

## Enrollment Process

**Overview:** The Idaho Home Learning Academy offers a unique approach to education. It allows parents to be deeply involved in the decision-making and support of their child's education in a safe, caring environment. This educational option is not an appropriate fit for everyone.

**Characteristics of a Successful Virtual Student:** It is the expectation that students in the Idaho Home Learning Academy (IHLA) will, at all times, make every effort to perform to the best of their ability in their coursework. Students should be ready to take substantial responsibility for their own learning.  In most cases, successful virtual students:

- Receive frequent and focused support from their parent learning coach;
- Apply themselves to their studies in a diligent, business-like, and serious manner;
- Work hard and become engaged in their lessons and activities;
- Ask questions and be willing to explore topics suited to their personal interests;
- Willingly work to improve areas of personal weakness while capitalizing on strengths;
- Be self-disciplined with regard to study habits and school attendance;
- Endeavor to comply with  all assignment, homework, and testing deadlines
- Recognize when assistance is needed and seek that assistance in a timely manner
- Establish a strong communication line with teachers
- Be goal-oriented and have a desire to learn and succeed
- Work independently
- Manage time effectively
- Have the appropriate knowledge and/or willingness to learn how to navigate various software programs on the computer

**Parent Learning Coach Roles and Responsibilities:**
When a parent chooses to enroll their student in our virtual school program, they are committing to provide support as a parent learning coach. We strongly recommend parents become IHLA-certified learning coaches (see page 15). Successful parent learning coaches:

- Set a routine (time) for learning;
- Set expectations for what happens during learning time;
- Set high learning expectations - work together to create daily goals or objectives
- Vary ways and means of learning activities;
- Recognize and celebrate efforts frequently;
- Measure growth against themselves, not others.

**Admission Procedures:** All qualified Idaho students can enroll and participate in IHLA. For those students interested in enrolling in IHLA, they may do so through the enrollment steps outlined below up through August 14, 2024. Applications after that date will be considered on a case-to-case basis. Enrollment in IHLA is initiated through the IHLA website:

7

IHLA Website

Students will not be enrolled in IHLA until the PowerSchool Enrollment is completed and approved. Once a parent or legal guardian chooses a partner and completes the registration process, they will have to appeal to IHLA to change partners. The appeal will include a one-page letter explaining why they feel a change is best for their child and a Zoom meeting with an IHLA administrator. After June 1st, the appeal process will also include a service charge. After registration closes, parents will not be allowed to change partners during the 2024-2025 school year. Efforts are made by the District to coordinate enrollment between the two education partners to avoid duplication or enrollment of families who have in the past proven not to meet the expectations of the IHLA program as outlined in District Policy 3010.

When enrolling, the parent or legal guardian will need to provide or acknowledge the following information online through PowerSchool Enrollment:
- Copy of Official Birth Certificate (New students)
- Current Immunization Record (New students and returning students grades 1 and 7)
- Enrollment Information (All students)
- Residency Information (All students)
- Home Language Survey (New students)
- Parent Employment Survey (New students)
- Media Consent/Release (All students)
- A signature indicating parents have read, agree with, and are willing to comply with the information contained in the IHLA Parent/Student Handbook (All students)
- A signature indicating parents and students have read, agree with and are willing to comply with the IHLA Honesty Policy (All students)
- A copy of any current IEP/504 Plans (If applicable) (New students)
- Previous Academic Testing (Optional) (New students)



# IHLA ENROLLMENT PROCESS FLOW CHART

Student applies for enrollment through IHLA Website → Parent enters student information into PowerSchool Enrollment → IHLA Registrar manages enrollment process in PowerSchool

Partner is notified when enrollment process is complete → Student registers with partner → Partner enters student in their LMS

Request records from previous school district → Student is assigned to a certified teacher → General Education Teacher oversees course registration, selection of curriculum, and student success training

Partner enters student courses into partner portal → IHLA will enter student courses into PowerSchool → Enrollment information verified through ISEE

**Denial of Enrollment:**
The Oneida School District Board of Trustees reserves the right to deny enrollment for students not meeting IHLA program expectations and for the reasons specified in District Policy 3010. According to District Policy 3010, the Oneida School District Board of Trustees reserves the right to limit enrollment in any given school, grade, or class due to the desired mandated size of said school, grade, or class being reached. Notification of denial into the school will be given within 30 calendar days of receipt of the enrollment application. The Office of Civil Rights (OCR) acknowledged that a District may reject the application of a student, including but not limited to special education or disabled students, but such a rejection must be based upon a review of the student's needs, and comparison of available resources. Denying a student simply because he/she is on an IEP or disabled in and of itself, is unacceptable (District Policy 3010).

**Dual Enrollment Procedures**: Students are able to dual enroll in IHLA (a public charter school) and another public, private, homeschool, or charter school. Parents are asked to indicate they are dual enrolling their child in another school. Enrollment information is verified through the state of Idaho's ISEE system. Parents who do not indicate they are dual-enrolled, and who are identified in the ISEE system may be contacted for confirmation. Dual enrollment policies are laid out in Idaho Code 33-203.

**Withdrawal Process**: Students attending IHLA, if they choose to do so, may withdraw from the school during the school year. Students/parents wishing to withdraw should email their teacher and enrollment@malad.us.

Learning equipment such as laptops, some core textbooks or other such items, may be collected back by the partners if a student withdraws from the program, but other educational funding will not be paid back from parents to partners. Parents of an IHLA student shall not be responsible for any reimbursement of cost and/or fees imposed or incurred by the district or its partners if the parents choose to dis-enroll or withdraw the student from the IHLA program at any time.

**Residency Requirement** Idaho Home Learning Academy is a publicly funded charter school. Currently, students who are, or will be, residing in the state of Idaho for the academic 2024 - 2025 school year and are enrolled prior to the enrollment deadline, are eligible to attend with proof of residency at the time they begin school. Families must provide at least one of the following documents during the enrollment process in order to demonstrate residency; however, students who do not have a fixed residence will not be denied admission:
- Copy of a current utility bill, paycheck stubs or W2 forms with a visible Idaho home address **AND** a visible 2024 date.
- Copy of a current housing agreement with a visible Idaho home address **AND** a visible 2024 date.
- Other documentation approved through IHLA administration.
- Students residing outside the state of Idaho will not be accepted.
- Students must maintain a residence in Idaho during the entire course of their enrollment.

10

When there is a change in the primary residence of a student, the guardian must notify IHLA in writing to ensure the student has continued access to support and resources. IHLA must be provided within 7 days the address of the new residence and updated contact information, if applicable. Students who no longer reside in Idaho, will be required to withdraw from IHLA.

## *Curriculum*

**Curriculum Approval and Adoption Process:**

Overview:
Curriculum selection is no longer about selecting a textbook. Curriculum considerations must expand into new dynamic digital curriculums. These curriculums may use a variety of approaches, methods, resources, and student-centered environments to meet State Core Standards. Curricula decisions identify specific elements that will be taught, but may also influence how they are taught. Every effort should be made to assess curriculum choices that will maximize the learning potential of every student. Curriculum adoptions must also take into consideration the needs of the virtual student. Curricula needs to be engaging, support learner independence, and provide resources that may be accessed for learning extension or remediation support.

Approval and Adoption Process:
Oneida School District policy requires that students are provided with Board approved curriculum aligned to Idaho Content Standards. This curriculum will allow access to a free and appropriate education for all students. This process is in place to ensure the alignment to the State Core Standards and to optimize learning outcomes.

Supplemental Materials:
The District recognizes there are many supplemental, enrichment, and support materials that are not necessary for Board approval. Those items that fall into the supplemental, enrichment, and support category will be reviewed through the following process:

- Step one: Each partner has a list of preapproved items. These might include things such as paper, math manipulatives, pencils, textbooks, reading books, classes, lessons, educational magazine subscriptions, educational games, an elective class, toner, ink, printer, and basic school supplies.  These may be obtained without additional approval.
- Step two: Items that fall outside of these areas require teacher/partner approval. The standard guide for approval is as follows:  Does that item support the core schedule your child is currently taking and assist the child in becoming more successful? If that is determined to be "yes", then the teacher/partner must determine if that is a reasonable request and an efficient use of tax dollars.
- Step three: Following the approval of the teacher/partner for the supplemental, enrichment, and support, the parent must follow their approved acquisition process. Any action not following this approval process will not be recognized by IHLA.

All IHLA students are entitled to and will receive a free and appropriate education. Parents will not be required to expend money to have access to the comprehensive curriculum. If a parent chooses to augment or enrich student course selections with appropriate supplements to assist student learning, they can request reimbursement from IHLA partners for these support items. Given the virtual platform of IHLA, families can be reimbursed for internet costs to access their curriculum. Parents of an IHLA student shall not be responsible for any reimbursement of costs and/or fees imposed or incurred by the District or its partners if the parents choose to dis-enroll the student from the IHLA program at any time.

**Measured Standards (Grades K through 8)**: The Idaho Home Learning Academy (IHLA) provides all students curriculum aligned to Idaho State Content Standards through our education service providers. This is done through the curriculum adoption process. Parents, in consultation with a curriculum specialist, selecta core curriculum appropriate for the child's ability level and aligned to Idaho State Content Standards. Learning Goals are standards in core subjects that parallel the Idaho State Content Standards. They are used to guide student learning and monitor growth. Students working more than one grade-level below the student's current grade level, will be invited to work with our Student Success Team (SST). IHLA students are enrolled in the required courses as set forth in the Idaho Rules Governing Thoroughness (08.02.03.04).

1. Each semester, general education teachers, in collaboration with parents, create a student learning plan for each class. This learning plan outlines learning goals, lesson content, and authentic or formative assessment requirements in each subject area. The learning plan will be documented in the learning management system.

2. Every two weeks students will submit an authentic or formative assessment and narrative as needed in the learning management system to show progress towards mastery of learning goals. The general education teacher will use a standards-based grading rubric to determine mastery of standards. A summative electronic portfolio will be created using assessment artifacts. Authentic or formative assessments will:
   a. Ask students to demonstrate understanding by performing a task representative of a more meaningful application.
   b. Ask students to demonstrate proficiency by doing something.
   c. Allow student choice and construction in determining what is presented as evidence of proficiency.
   d. Offer direct evidence of application and construction of knowledge.
   e. Help identify student strengths and weaknesses and target areas that need work.

3. On weeks without a submission requirement, general education teachers will check for understanding as they deem appropriate for every individual student.

4. General education teachers will be available to students and parents during weekly office hours to provide assistance, answer questions, suggest resources, and collaborate on learning plans.

5. Student learning is tracked through authentic or formative assessments which demonstrate mastery of standards. Students not submitting authentic or formative assessments in a timely manner or submitting authentic or formative assessments not at standard, receive additional support from their Idaho certified general education teacher or are referred for intervention support from the IHLA Student Success Team (SST). Since IHLA is a virtual school, the student's attendance is based upon his or her completion of assignments or assessments. The failure of a student to complete assignments or assessments at standard or in a timely manner may also result in a determination that the student's attendance is lacking and may be considered an absence. (see page 19).

**Service Providers:** IHLA curriculums may be accessed virtually or face-to-face. All curriculums are overseen by an Idaho-certified teacher. Purchased services may include traditional educational products or other educationally beneficial sources or vendors. Said services are considered a part of the array of public educational choice options provided through the partners of IHLA. These educational options may include learning support through private companies and organizations. Full-time IHLA students can use educational support funds to purchase classes from the service provider. Education support funds cannot be used to enroll in private or religious-based schools. The student is a public charter school student and all district, state, and federal laws, regulations, and requirements must be adhered to at all times.

**State Testing and Accountability Requirements**: IHLA students must participate in all required state standardized tests in addition to any other mandated testing required by the state or district. Idaho does not have an "opt-out" clause that allows parents to opt their children out of testing.

- Idaho Code 08.02.03.04 - Testing Population. All students in Idaho public schools, grades kindergarten through twelve (K-12), are required to participate in the comprehensive assessment program approved and funded by the State Board of Education. Any student refusing to test would not be considered in good standing with IHLA and Oneida School District policy 3010 would be applied.
- Testing Content. The comprehensive assessment program will consist of multiple assessments including the Idaho Reading Indicator (IRI), the National Assessment of Educational Progress (NAEP), the Idaho English Language Assessment, the Idaho Standards Achievement Tests (ISAT), the Idaho Alternate Assessment, and a Dyslexia Screener.
  - IRI will be administered in the fall and spring to all students in grades K – 3
  - ISAT in ELA and mathematics will be administered to all students in grades 3 – 8
  - ISAT in Science will be administered to all students in 5th and 8th grade
  - Dyslexia Screener will be administered to all students in grades K - 5
  - All other required tests will be offered to students that meet the specific criteria

These tests are administered using state-required security measures and protocols. Some tests are proctored online when allowed and for other tests, students must travel to regional testing centers to take the proctored exams and test within the window open for that regional testing center. Each student will follow guidelines detailed in the Idaho State Department of Education Assessment Integrity Guide. The extent of participation and or allowed

accommodation/adaptation in this testing program by students with disabilities will be determined by each student's IEP, 504, or Student Success Team (SST). In no event will a student be denied the right to participate in testing.

Assessment results are distributed to parents and used by teachers through Professional Learning Community (PLC) processes to provide interventions and differentiate instruction as needed for individual students.

The general purpose of the statewide testing program is stated as follows:

1. Providing comparative local and state data regarding the achievement of Idaho students in essential skill areas.

2. Identifying performance trends in student achievement across grade levels tested over time.

3. Providing supplemental information to school districts and parents that may be useful in evaluating curriculum needs and instructional practice.

Student Engagement & Satisfaction and Parent Engagement & Satisfaction surveys are also administered to all IHLA students and parents in accordance with state accountability requirements. Completion of the surveys is required to remain in good standing with IHLA.

**Supplies & Equipment**: IHLA offers students a variety of curriculum choices, all of which have been approved by the District. In using these public funds, we are obligated to use these resources in a responsible and reasonable fashion. To ensure that we are being appropriately accountable, the following guidelines have been established:

- Many learning support items are consumable in nature or become obsolete after a period of time or use. These items are viewed to be essential to accommodate learning and are not required to be returned.
- Some learning support items are viewed as equipment. These items are generally more permanent in nature or not consumed during use. These items are the property of online learning partner(s) and parents may be asked to return these items if they withdraw from IHLA.
- In any use of educational dollars, IHLA and the online learning partners reserve the right to approve or deny any purchase of products, supplies, or support items.
- If a student withraws from the program, the District or its partners may ask the student or parents to return equipment or supplies. However, the parent will not be responsible for any reimbursement of costs and/or fees imposed or incurred by the District or the partners.

14

## *Learning Supports*

IHLA is a school of choice. Its operational educational model is based on delivering all support, regular education, special education, and 504 services, virtually through online means. The array of support services are provided by skilled certified professionals.

**Consultant & Support Specialists:** In this virtual setting, IHLA allows teachers and parents access to specialists when they have concerns or questions on curriculum choice, scope and sequence, methodology, or correct level of difficulty. A team of content and support consultants are available to IHLA teachers and parents when they have questions in these areas. The Consultant and Support Specialist roles and responsibilities vary greatly. A few of their duties include:
- Provide guidance to parents or virtual teachers.
- Provide instructional coaching to virtual school teachers as warranted.
- Serve as consultants in specific areas such as, but not limited to, behavioral issues, short term emotional barriers, special education, or specialized content.

**Counselors:** Students have Idaho-certified school counselors available to provide the students with career and/or educational counseling needs. For more significant behavioral or emotional disabilities which affect a student's education, individual sessions can be made available. Students also have the option of participating in age-specific social skills group sessions. This is accomplished virtually through Zoom facilitated meetings. In these sessions, students have the opportunity to participate as they interact virtually with other peers. During these sessions, students need to demonstrate appropriate behavior and follow all school and district policies. Counselors will also be available for parent consultations and training.

**Parent/Primary Learning Coach:** Parental involvement is critical for student success in the virtual program. The parent needs to be actively involved in overseeing, supervising, and guiding their students with regard to their coursework. Although the District's teachers are responsible for the structure, organization, time management, and student engagement components of the classroom, the parent's oversight and involvement are key components to ensure the student's success in a virtual program. Parents have full access to all of the components of the program and can easily access their child's progress, teachers, instructional plan, schedule, lessons, and grades. Parents and students are encouraged to check grades regularly.

**Parent Learning Coach Certification:** IHLA has developed an online learning coach training. The training consists of eight modules: 1) Structure and Routine; 2) Relationships; 3) Good Learning Habits; 4) Plan, Organize, and Prioritize; 5) Communication; 6) Positive Mindsets; 7) Testing; and 8) Behavior. Upon successful completion of the eight modules and final quiz, parents will receive an IHLA Learning Coach identification badge. Information on the program can be found here.

**Photography/Video:** IHLA may use photos or videos of our students in the following manner:
- Use in school activities
- Included as a requirement in submitted assignments or for verification of student work

- Educational or training purposes for the development of skills for IHLA staff or service providers

**Special Education and 504 Services:** Virtual public charter school programs are required to abide by all federal education statutes, including the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973, and Title II of the Americans with Disabilities Act (ADA). When a student with a disability applies to and meets the enrollment requirements for IHLA, an IEP Team meeting will be scheduled to determine how IHLA will provide the services and supports outlined in the student's IEP or 504 Plan to best access the virtual IHLA program. At the IEP Team meetings, the team will discuss the student's disabilities, his or her current IEP or 504 Plans, and how the student will access IHLA. Discussions at the IEP Team meeting may also include discussion of the Least Restrictive Environment (LRE) and whether the IHLA program is compatible with the student's attributes, personality and disabilities. The discussion may also involve whether a different educational setting may be more appropriate for the student, other than the parent's home. IHLA and its partners will not discourage a parent of a student with a disability from enrolling in the IHLA program by either implicitly or expressly stating that the District is not or may not be capable of providing adequate special education services nor deliver adequate educational instruction to meet the student's needs. Parents have a right to revoke consent for all special education services; however, revoking consent will not be a condition of application or a requirement for admission to the virtual program.

Students have regularly scheduled specialized instruction with certified special education teachers based on student learning plans approved by general education teachers and IEP goals. Related services such as speech, occupational therapy, behavior interventions, counseling, etc., are all provided as determined by the IEP team to best meet the needs of each student. Special education students not attending synchronous specialized instructions or related services as defined in the IEP will be considered out of compliance with the IEP and the situation will be reviewed by the IEP team to determine further steps. All special education instruction, services, and interventions will be scheduled on M-F between 8-4 MST. Dual enrollment policies pertaining to students with disabilities are laid out in Idaho Code 33-203.

**Student Success Team:** A group of highly trained and skilled teachers have been identified to help with students who are struggling academically. The Student Support Team (SST) provides a valuable response-to-intervention (RTI) process for students below grade level by providing diagnostic tests and a wide variety of scientifically based intervention programs. The team tracks intervention data and adjusts interventions to meet the student's needs. (Additional guidelines will be provided to parents and students receiving support through the SST.)

**Teachers:** All IHLA students in grades K – 8 are assigned an Idaho-certified teacher to support their learning process. General education teachers work with families to select district-adopted curriculum, develop learning plans, grade authentic or formative assessments to determine mastery of standards, communicate regularly on academic needs, and provide additional educational resources.

Teachers are provided extensive professional development and training prior to having students assigned to them and throughout the school year. Faculty meetings, Professional Learning Communities (PLCs) and student progress monitoring meetings are held regularly. In these meetings, teachers are able to collaborate on best practices and network to solve problems. All IHLA teachers are hired, trained, and evaluated using Idaho State Department of Education criteria by Oneida School District.

## *Academic Policies*

**Academic Integrity (Grades K – 8):** Students must comply with IHLA's Academic Integrity Policy or Honesty Policy. Academic Integrity means that students are completing and submitting their own work and that the papers, assessments, and completed authentic or formative assessments represent their own efforts and abilities. Violations of the Academic Integrity Policy have significant and serious consequences. If a student violates the Academic Integrity Policy, that student may be subjected to a range of consequences, which may include but is not limited to receiving a zero on an assignment to possibly failing the course. Examples and definitions of these actions follow.

Cheating means that a student has broken the rules for an assignment. As an example, a student would be cheating if he or she gets the answers for an assignment from someone, or looks up the answers on the internet instead of figuring out the correct answer on his or her own. Other types/examples of cheating include copying from an answer key or plagiarism.

Plagiarism is defined by Dictionary.com as the "unauthorized use or close imitation of the language and thoughts of another author and the representation of them as one's own original work." Simply changing some of the words in a document does not make the work your own and could still be a form of plagiarism. Some examples that demonstrate a lack of Academic Integrity and could be considered plagiarism include:
- Improper or lack of citations in written assignments (no footnotes, bibliography).
- Copying and pasting written work or resources from the internet to pass it off as original work.
- Recopying the written work of another author.
- Students submitting other students' assignments or work as their own.

Direct plagiarism, or copying and pasting of AI-generated work as student-generated work, will be treated as plagiarism.

**Advanced Opportunities**: The Fast Forward program provides every student attending an Idaho public school an allocation of $4,125 to use toward Advanced Opportunities in grades 7-12. The funds can be used for a variety of offerings:
- Overload Courses (IHLA Grades 7 through 8)
    - An overload course is a high school level course that is taken in excess of the student's regular school day. These courses are offered online, during the summertime, and before/after school. In the event that a student incurs a cost for such courses, the Advanced Opportunities program can pay up to $225 for the cost of the course. Overload courses must be above and beyond the full course load offered by the student's local school (six classes per day is a full course load for IHLA students grades 7 – 8).
    - Students must maintain passing grades in all courses while enrolled in the Advanced Opportunities Program.
    - To enroll in the Advanced Opportunities Program, students will work with the College and Career Advisor or school counselor to develop a learning plan.

18

Students and parent(s)/legal guardian(s) must sign and return the Advanced Opportunities Participation Form to complete enrollment in the program.
- o All overload courses paid for by the Advanced Opportunities Program must be transcribed on the student's public high school transcript. If a student fails to earn credit for a course paid for by Advanced Opportunities, the student must subsequently pay for a "like" course on his/her own before he/she is eligible for further Fast Forward funding.

To take advantage of Advanced Opportunities, students must be enrolled full time with IHLA and meet the following guidelines:

- Meet in an advising session with the school counselor, parent, and partner representative.
- Complete a Fast Forward Participation Form and submit it to the school counselor.
- Or, a student may request a meeting with the student's school counselor, administrators, and Principal to request approval to begin using Advanced Opportunity Funds in the fall semester of 2024.

**Attendance/Truancy:** Students enrolled in IHLA may be part of asynchronous courses (courses done on their own time) or synchronous courses (live classes with a teacher) depending on their academic programming and needs. Regular school attendance is vitally important to each student as it directly affects his/her progress academically and his/her development of attitudes and habits for later life. Studies of student progress in school show a high correlation between attendance and success or absence and failure. While keeping records of student attendance is a school function, the primary responsibility for ensuring regular attendance at school rests with the parent and the student. At the same time, the school continually tries to teach students the value and importance of regular attendance. Through the cooperative efforts of parents and the school, it is hoped that each student will develop attendance habits and attitudes, that will be helpful to his/her future endeavors.

**Asynchronous Class Attendance**
For asynchronous classes, students will be considered as being in attendance if they are successfully submitting assessments and completing check-ins with their teacher.
For asynchronous classes, students not submitting any work or making alternate arrangements for that submission period will be considered absent for that week. Bi-weekly check-ins with the general education teacher will also be considered an absence if not completed. One missing assignment or one missed bi-weekly check-in will result in one absence.  The following steps will be taken by IHLA teachers and administrators regarding attendance to asynchronous classes:

- If a student receives two absences in a course or does not submit anything in that course for two weeks, they will receive a warning letter and will be offered extra student support.
- Truancy Letter 1: After three (3) absences in a course, students will receive their first truancy letter and may be placed on academic probation.
- Truancy Letter 2: After four (4) absences in a course, students and parents will be required to attend a meeting with partner and IHLA administration to agree upon a plan

of improvement. Failure to attend this meeting may result in a third truancy letter or withdrawal from the course or program. This meeting would be considered a part of the Child Find process. If a student already has an IEP or 504 plan, a manifestation determination meeting will be held as outlined in the Idaho Special Education Manual, 2018.

- Truancy Dismissal Letter: After five (5) absences, the student may be withdrawn from the course or dismissed from the program. The student would not be considered in good standing with IHLA, and Oneida School District policy 3010 would be applied to remove him/her from the school's student roster.

## Synchronous Class Attendance

The State Department of Education considers a student who has less than 90% school attendance to be chronically absent. In an attempt to adhere to state guidelines for adequate attendance, students who have synchronous classes as part of their educational programming are expected to attend 90% of their required live meets.  For synchronous classes (to include special education, intervention, and related services), students must be logged into the virtual classroom with their camera on in order to be considered present. A student will be considered tardy if they log into class after the start time but less than 8 minutes after the class start time. Three tardies will equal one absence.

In addition, if a student is greater than 8 minutes late for a session, they will be considered absent.

The following steps will be taken by IHLA teachers and administrators regarding attendance to synchronous classes:

- Warning Letter: If a student's attendance falls below 90%, the student and parents will receive a warning letter and be offered extra student support.
- Truancy Letter 1: If a student's attendance remains below the 90% threshold for greater than 2 weeks, the student and parents will receive their first truancy letter and may be placed on academic probation.
- Truancy letter 2: If a student's attendance remains lower than 90% for more than 3 weeks, the student will receive their second truancy letter and students and parents will be required to attend a meeting with partner and IHLA administration to agree upon a plan of improvement. Failure to attend this meeting may result in a third truancy or withdrawal from the course or program. This meeting would be considered a part of the Childfind process. If a student already has an IEP or 504 plan, a manifestation determination meeting will be held as outlined in the Idaho Special Education Manual, 2018. Special education students not attending synchronous specialized instructions or related services as defined on the IEP will be considered out of compliance with the IEP and the attendance policy and the situation will be reviewed by the IEP team.
- Truancy Dismissal Letter: After five weeks of attendance to synchronous sessions being less than 90%,  the student may be withdrawn from the course or dismissed from the program. The student would not be considered in good standing with IHLA, and Oneida School District policy 3010 would be applied to remove him/her from the school's student roster.

## Communication:

All notifications regarding attendance grades or other school matters will be sent via email. It is the responsibility of parents/guardians to notify IHLA if the primary contact email address has changed.

**Concerns and Suggestions:** If a student or parent has suggestions that could improve IHLA, he/she should feel free to offer them. Written suggestions may be presented directly to the teacher or the school administrator.

**Conduct and Discipline**:  IHLA recognizes and strives to meet the individual needs of each student through programs that promote the development of self-esteem, exploration, and student ownership in their learning. This expanded view of school will result in well-educated, productive, and socially responsible citizens. We believe the school must provide an environment that ensures the safety and well-being of students. For this reason, it is important that the school have clear expectations and guidelines for students.

In order for a virtual classroom session to be educationally effective for students, all students should abide by a standard set of rules. The following rules govern student conduct in the virtual classroom:

- Students may not use vulgar, obscene, abusive or demeaning language, writing, pictures, signs or acts in written or oral communications, including email, discussion board, listserv, virtual classroom, student websites, or in photographs.
- Students are prohibited from posting content from or links to suggestive, lewd or otherwise inappropriate websites.
- Students must abide by rules established by the course instructor. Students will follow the requests of school staff; failure to do so is defiance toward school personnel or rules. Defiance is defined as defying instructions of school personnel, the bold resistance of school authority, and/or contemptuous behavior or attitude that is manifested by breaking of school rules.
- Students must comply with usage instructions communicated orally or in writing by the instructor. IHLA administrators, instructors and students know that personal respect is the foundation of learning. Language, comments, or images that show a lack of respect for individuals or groups will lead directly to disciplinary action.
- Students must maintain regular contact with teachers and respond to teacher phone calls, emails, or other school-approved communications. Lack of response to an IHLA teacher or staff would be considered defiant behavior.
- Harassment, cyber harassment, cyberbullying, gang activities, and/or gang intimidation will not be tolerated.
- Students' submitted work must be their own work and not work completed by any other individual on their behalf or plagiarized from any other source.
- Students on an IEP or 504 plan will be addressed on an individual basis.

Students who violate the virtual classroom rules of conduct will, at minimum, be warned by the instructor to correct their behavior. If the student does not comply with the instructor's instructions, he/she will be referred to the IHLA Principal. All behavior incidence will be

documented in the school student management system. Depending upon the severity and/or nature of the conduct, consequences will be implemented. Any student with three conduct referrals in a semester will be referred to the Principal for a parent meeting. After the parent meeting, any student not resolving behavior issues for the rest of the school year will be suspended. This student would not be considered in good standing with IHLA and Oneida School District policy 3010 would be applied.

**Digital Citizenship and Internet Safety:**  Technology will be integral to curriculum, instruction, and assessment in IHLA (See Oneida School District policy 2335). District Internet Safety Coordinator, school counselors, and IHLA partners will make resources available to parents and students about acceptable internet use, appropriate online behavior, network etiquette, cyber-bullying awareness and response, and appropriate use of social networking websites and chat rooms.

**Grievances:** In the event that a student or parent believes he/she has been treated unfairly, the student or parent may file a grievance in accordance with Oneida School District policy (Policy 2160).

**Grading (Grades K – 8)**: IHLA provides students district adopted curriculum aligned to Idaho State Content Standards. Learning Goals  are standards that parallel the Idaho Content Standards. Learning Goals are used to guide student learning through collaborative learning plans and monitor growth. Standards-based grading is done by the student's certified teacher. **Authentic or formative assessments showing mastery of specific Learning Goals or Standards are received and graded twice a month by the certified teacher assigned to the student, or as may be determined by the teacher.** Authentic or formative assessments are used as primary evidence of student growth and learning. When authentic or formative assessments are not at standard, teachers intervene to see what can be done to assist in the learning challenge. If the learning difficulties are beyond their skill set, the student is referred to a Student Success Team for a more detailed diagnosis of the problem. In extreme cases of extenuating circumstances, the general education teacher may get permission from IHLA administration to excuse one assessment during the school year.

Grading Scale Grades K through 5:
P - 70% to 100%
F - Below 70%

Grading Scale Grades 6 through 8:
A – 90 to 100
B – 80 to 89
C – 70 to 79
D – 60 to 69
F – 0 to 59

**Grade Retention/Acceleration**: There is overwhelming consensus in educational research that retention of elementary and middle school students often produces negative results in academic achievement. It is the educational philosophy of the Idaho Home Learning Academy that

retention is counterproductive in almost every situation. Parents are encouraged to keep learners in the chronologically appropriate grade level. There are several resources available to assist struggling learners. Diagnostic assessments, which are available, may provide the first step to identify the needs or gaps. The diagnostic tool will help determine the appropriate curriculum level of difficulty for the struggling learner. The Student Success Team is another resource for parents to access assistance in providing intervention ideas or offer direct tutoring assistance. If these steps have been taken and there are still concerns with the academic progression of the student, with the recommendation of your online teacher, the matter can be referred to the IHLA administrator.

IHLA K-8 will consider retentions for grades Kindergarten through 2nd grade only. There may be allowances for extenuating circumstances for grades beyond K-2nd that will be determined on an individual basis through the retention team. Parents and students interested in pursuing a possible grade retention will need to contact their homeroom teacher to begin the process.

To accommodate individual learning styles and ability levels, IHLA encourages the practice of differentiated instruction. Teachers and learning coaches tailor their teaching approach to match their students' learning styles. Although focused on the same learning goal, the teaching approach varies depending on how students prefer to learn. This method of instruction can benefit a wide range of students, from those with learning disabilities to those with high abilities. Acceleration of student learning will be accomplished through differentiation of instruction rather than grade level acceleration. Students will be allowed to take advantage of accelerated courses through a variety of avenues. Students will take all state assessments at their assigned grade level, not curricular level.

**Harassment and Bullying:** It is the policy of Oneida School District to maintain a safe school environment for all students. Harassment, intimidation, and bullying are disruptive to a safe school environment and will not be tolerated (See Oneida School District policy 3295).

**IDLA**: Idaho Digital Learning Alliance (IDLA) was created to provide access, equity, and flexibility for students in the state of Idaho. IHLA students have the opportunity to utilize IDLA courses as part of their curriculum. These courses provide options for differentiation, acceleration, and advanced opportunities. All IDLA tests requiring a proctor will be proctored virtually by an IHLA site coordinator or representative.

When a student opts to take an IDLA course, IHLA will allow a two-week extension if the student follows appropriate steps for extension approval through IDLA. All courses, even those which might be failed due to inactivity, will be transcribed on an IHLA permanent transcript. Any students enrolled in IDLA classes may drop their class within the IHLA drop deadline; however, another course must be substituted in its place and be completed by the end of the term or the permanent grade on the transcript for the dropped class will be an F.

**Incomplete "I" grade (Grades K – 8)**: The teacher has the ability to assign an incomplete "I" grade if extenuating circumstances exist. The student will have two weeks to complete the coursework. At the end of two weeks, the final grade is submitted and becomes the student's permanent grade for the course.

**Live Class Participation**: In a virtual school, students are expected to join with their cameras on and their face visible, during live/synchronous meetings in order to provide quality direct instruction. Students are also expected to have the ability to communicate with a fully functioning audio system. Additionally, students should participate in a school-appropriate learning space. Students are expected to work from a stationary location where they can interact with their teacher and peers. Students should not join through a cell phone, nor while traveling in a vehicle as these options do not provide adequate opportunity to view documents, complete assignments, or participate in class. Students should join class in a location free from the visual or audio distractions of television, pets, or the conversations of other family members. All Zoom backgrounds must be neutral, not promoting personal, political, or religious views that may be overly distracting or offensive to others. Students who are choosing to use controversial or distracting backgrounds or Zoom filters may be asked to change their background to a more neutral image or discontinue the use of the filter. Cell phone use is prohibited while participating in class, and students are prohibited from recording Zoom meetings. Lastly, students are expected to dress appropriately while participating in Zoom meetings. Family members who might be visible in the background must also be appropriately clothed to ensure an appropriate learning environment for all. To ensure safety and security, students who are not following these guidelines may be removed from the meeting.

**Mandatory Reporting**: Certain individuals, including teachers, school counselors, school psychologists, and administrators, are mandated by law to report suspicions of child abuse or neglect. Failure to do so can result in legal liability for school staff. Teachers at IHLA are trained to report suspicions of child abuse or neglect to the student's local Department of Health and Welfare. It is important to note that, in certain situations, truancy can be considered a form of neglect.

**Middle School Students Taking High School Classes**: Middle school students taking high school classes are expected to meet all high school registration deadlines and follow all high school policies and procedures for those classes. Any policies not being follwed or any discipline issues may affect students ability to take high school classes. Middle school students will be required to take a placement test to show level of proficiency and parents must sign an official agreement to dual enroll students in high school classes.

**Nondiscrimination Policy**: IHLA does not discriminate on the basis of gender, race, color, religious creed, national origin, ancestry, creed, pregnancy, marital status, parental status, genetic information, gender identity, age, sexual orientation, and/or physical, mental, emotional or learning disability, handicap, or any other protected class in its educational programs or activities. Handicapped students (as provided for in Section 504 of the Rehabilitation Act of 1973) are identified, evaluated, and provided with appropriate educational services.

**Nonparticipation/No Contact**
If a student receives ten (10) consecutive school days of absences or has had no contact with teachers or school personnel within ten (10) days after the beginning of a new semester, or there is another significant evidence of a violation of the school's attendance policies, the student's attendance is reviewed by the administration, with a possible application of Oneida School

24

District policy 3010. If the student has never actually started attendance at the school and logs no attendance the first ten (10) consecutive days of school, the student has never completed the enrollment process and is removed from the school's student roster.

**Student Records**: Cumulative Records Folder (Guidelines in accordance with the Family Educational Rights and Privacy Act [FERPA]): All cumulative records are kept in the main office. Cumulative folders are stored electronically on a secure server. One cumulative folder is maintained for each child. All information pertinent to a child's progress should be included in each folder. In addition, no special education reports are to be placed in the student's cumulative folder. Information regarding students is confidential and should never be discussed with anyone other than appropriate school personnel, parents, or legal guardians of students. Parents/Guardians wishing to access their students' files may do so upon request and at a mutually agreeable time with IHLA staff onsite in the Oneida School District office. Records required by law may not be removed from the file. Parents/Guardians may request copies of anything they find within the file.

When a student transfers to IHLA from another public school district, IHLA shall request the student's education records from the transferring district if the student education records have not already been forwarded to the receiving school. IHLA student education records, including disciplinary records, may be transferred without consent to officials of another school, school system, or postsecondary institution that has requested the student education records and in which the student seeks or intends to enroll.

School personnel shall seek to obtain such information regarding students as is required to perform their legal duties and responsibilities, including protecting public safety and the safety of the student. School personnel receiving such information shall use it only in the performance of their legal duties and responsibilities and shall otherwise maintain the confidentiality of all information obtained. If such information is shared with another school or school district to which a student may be transferring, it shall only be shared in compliance with the requirements of federal law, including the Family Education Rights and Privacy Act of 1974 ("FERPA").

A parent or eligible student may ask the district to amend a student education record they believe is inaccurate, misleading or otherwise violates the privacy rights of the student by writing to the school Principal clearly identifying the part of the student education record they want changed and specifying why it is inaccurate, misleading or otherwise violates the privacy rights of the student. If the school Principal, after consulting with any other person having relevant information, decides not to amend the student education record as requested by the parent or eligible student, the Principal shall notify the parent or eligible student of the decision and advise them of their right to a hearing regarding the request for amendment.

Additional information on student records can be found in Oneida School District policy 3570P and 3650.

**Structure:**  IHLA is structured as follows:

- 163 school days per year
- Two semesters per year
- Grades K through 8 – Six 60-minute periods per day (978 hours)

**Student Attire:**  Anytime a student is visible to an IHLA employee or other students, the student's attire shall not be a disruption to the educational environment, be obscene, threatening, lewd, or vulgar.

**Technical Requirements**: Families will work with the IHLA partner to ensure students have adequate technology equipment, bandwidth, and applications to be successful in the virtual school setting. Partners and teachers will be a resource to assist parents and students with needed technology acquisition and training. Not logging in to submit assignments or gain access to classes due to not having an internet connection can result in absences and truancy.